UNITED STATES *versus* JOSIAH E. OWEN AND HENRY L. OWEN. 

JOURNAL ENTRIES: (1) March 20, 1834: declaration filed, rule to plead; (2) June 2, 1834: rule for default judgment, damages to be assessed by jury; motion to set aside default and for leave to plead; (3) June 5, 1834: motion to set aside default overruled, damages assessed, judgment.

PAPERS IN FILE (1833–34): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) subpoena; (5) writ of fi. fa. and return.

*File No.* 91.

 UNITED STATES *versus* JOSIAH E. OWEN AND HENRY L. OWEN. 

JOURNAL ENTRIES: (1) March 20, 1834: declaration filed, rule to plead; (2) June 2, 1834: rule for default judgment, damages to be assessed by jury; motion to set aside default and for leave to plead; (3) June 5, 1834: motion to set aside default overruled, damages assessed, judgment.

PAPERS IN FILE (1833–34): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) subpoena; (5) affidavit in support of motion to set aside default; (6) writ of fi. fa. and return.

*File No.* . . . . .

 UNITED STATES *versus* SIX PLAID SILK HANDKERCHIEFS, THREE COTTON HANDKERCHIEFS, FIVE PIECES RIBBONS, TWENTY-SIX YARDS BLUE AND WHITE CALICO, ELEVEN BLACK AND WHITE SHAWLS, ONE PIECE COLORED SHAWLS, SEVEN IMITATION CASHMERE SHAWLS, FIFTY-THREE AND ONE-HALF YARDS BEAVERTEEN. 

JOURNAL ENTRIES: (1) June 2, 1834: libel filed, time fixed for hearing, notice ordered published;
(2) June 20, 1834: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1834): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.

*File No.* 108.

 UNITED STATES *versus* ONE PIECE INGRAIN CARPETING AND ONE PIECE VENETIAN CARPETING. 

JOURNAL ENTRIES: (1) June 2, 1834: libel filed, time fixed for hearing, notice ordered published; (2) June 20, 1834: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1834): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.

*File No.* 109.

 UNITED STATES *versus* TIMOTHY CRONAN. 

JOURNAL ENTRIES: (1) June 4, 1834: arraignment; plea of not guilty; counsel assigned, defendant being too poor to employ counsel; (2) June 5, 1834: jury trial, attendance of witnesses proved; (3) June 6, 1834: verdict of not guilty, defendant discharged.

PAPERS IN FILE: [None]

*File No.* . . . . .

 UNITED STATES *versus* JAMES ABBOTT, JOHN R. WILLIAMS, AND JOHN GARRISON. 

JOURNAL ENTRIES: (1) June 6, 1834: rule to plead; (2) June 16, 1834: rule for default judgment, reference to clerk to ascertain amount due, report of clerk, judgment for plaintiff.

PAPERS IN FILE (1834–35): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) draft of rule for default judgment; (5) writ of fi. fa. and return; (6) alias fi. fa. and return.

*File No.* 110.